Argued May 23, affirmed June 18, petition for rehearing denied July 11, petition for review denied September 5, 1973

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
CHANCE, *Appellant, and* CHANCE (No. 71 4095),
*Respondent.*

510 P2d 1351

*Robert L. Ackerman,* Springfield, argued the cause for appellant. With him on the brief were Babcock & Ackerman, Springfield.

*Howard E. Speer,* Eugene, argued the cause for respondent. On the brief were Stephen R. Blixseth and Gildea, Speer & McGavic, P.C.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

In the present dissolution proceeding of a 26-

year marriage between parties 57 and 56, respectively, the sole issues are the division of property and the award of alimony.

The trial court awarded real property of a net value of approximately $30,000 to the husband but required that he pay $10,500 forthwith to the wife. Thus it could be said that he received approximately $19,500 as against her $10,500 as a result of this property division.

While the award of property was somewhat favorable to the husband, alimony of $100 per month was awarded to the wife, continuing until she "is 65 years of age and retires, the remarriage of * * * [the wife], or until the death of either * * *."

We review *de novo. Newman v. Newman,* 8 Or App 220, 493 P2d 71, Sup Ct *review denied* (1972); *Emery v. Emery,* 5 Or App 133, 481 P2d 656, Sup Ct *review denied* (1971). From our review we find no reason to change the decree in any way.

Affirmed.